UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KRISTIN VAN HOEY,

        Plaintiff,

-vs-                                          Case No. 6:05-cv-652-Orl-28JGG

PUB 44, INC.,

        Defendant.
_____

## ORDER

This case is before the Court on the Motion of Defendant to Dismiss the Complaint for Lack of Jurisdiction Over the Subject Matter and For Failure to State a Claim Upon Which Relief Can be Granted (Doc. 8, filed May 25, 2005). Plaintiff has filed a Response in Opposition (Doc. 11, filed June 6, 2005).

Plaintiff's Complaint (Doc. 1) alleges jurisdiction pursuant to 42 U.S.C. § 2000(e), et. seq., for sexual discrimination and harassment by her former employer. Plaintiff alleges that on May 9, 2004, Defendant's representative's words and actions constituted sexual discrimination and harassment sufficient to constitute constructive termination in violation of 42 U.S.C. § 2000(e). Complaint, ¶¶ 9, 14, 20 & 25.

A motion to dismiss should not be granted "unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." Conley v. Gibson, 355 U.S. 41, 45-46 (1957); see also Slagle v. ITT Hartford, 102 F.3d 494, 497 (11th Cir. 1996). In ruling on a motion to dismiss, the court may consider only pleadings

and attached exhibits. <u>Grossman v. NationsBank, N.A.</u>, 225 F.3d 1228, 1231 (11th Cir. 2000). All well-pled allegations of facts are accepted as true and the reasonable inferences therefrom are construed in the light most favorable to the plaintiff. <u>E.g.</u>, <u>Bryant v. Avado Brands, Inc.</u>, 187 F.3d 1271, 1274 n.1 (11th Cir. 1999). Applying this standard, Plaintiff's Complaint meets the pleading requirements of Federal Rule of Civil Procedure 12(b)(1) by sufficiently alleging federal jurisdiction pursuant to 42 U.S.C. § 2000(e). Furthermore, the facts set forth in Plaintiff's Complaint state a claim against Defendant under the standard for a motion to dismiss.

Accordingly, Defendant's Motion to Dismiss the Complaint for Lack of Jurisdiction Over the Subject Matter and For Failure to State a Claim is hereby **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __13__ day of June, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party