# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KRISTIN VAN HOEY,**

        **Plaintiff,**

**-vs-**                                                  **Case No. 6:05-cv-652-Orl-28JGG**

**PUB 44, INC.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Defendant's Second Motion to Dismiss Complaint (Doc. 20). The Court previously ruled on Defendant's first motion to dismiss (Order - Doc. 12, motion Doc. 8). Federal Rule of Civil Procedure 12(g) provides that "[i]f a party makes a motion under this rule but omits therefrom any defense or objection then available to the party which this rule permits to be raised by motion, the party shall not thereafter make a motion based on the defense or objection so omitted, except a motion as provided in subdivision (h)(2) hereof..." Defendant should have included in its first motion to dismiss the defense raised it its second motion to dismiss. Accordingly, Defendant's Second Motion to Dismiss Complaint is **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22nd day of July, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record

Unrepresented Party